1008

No. 97–6592. HAYS v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–6595. PECKHAM v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–6599. SLEPSKI v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–289. WOOD, SUPERINTENDENT, WALLA WALLA STATE PENITENTIARY v. JEFFRIES. C. A. 9th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 97–478. STRUCTURAL FIBERS, INC., ET AL. v. KULCH. Sup. Ct. Ohio. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 97–527. TRIPPETT v. FAGAN. C. A. 6th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.

No. 97–557. PANGALOS v. PRUDENTIAL INSURANCE COMPANY OF AMERICA. C. A. 3d Cir. Motion of respondent for damages and costs pursuant to this Court's Rule 42.2 denied. Certiorari denied.